■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JEROME DALE FLORENCE, Appellant.—Appeal by the defendant from a judgment of the County Court, Dutchess County (Hillery, J.), rendered June 20, 1983, convicting him of robbery in the first degree, upon his plea of guilty, and imposing sentence.

Judgment affirmed *(see, People v Esajerre,* 35 NY2d 463; *cf. People v Bell,* 110 AD2d 902). Lazer, J. P., Bracken, Lawrence and Kooper, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MARK GIOIA, Appellant.—Appeal by the defendant from a judgment of the Supreme Court, Suffolk County (McInerney, J.), rendered April 30, 1984, convicting him of criminal possession of stolen property in the second degree, upon his plea of guilty, and imposing sentence.

Judgment affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no meritorious issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted *(see, Anders v California,* 386 US 738; *People v Paige,* 54 AD2d 631; *cf. People v Gonzalez,* 47 NY2d 606). Mollen, P. J., Thompson, Niehoff, Rubin and Kunzeman, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v MILCIADES HERERA, Respondent.—Appeal by the People from an order of the Supreme Court, Queens County (Rotker, J.), dated January 18, 1985, which granted the defendant's motion to dismiss the indictment.

Order reversed, on the law, motion denied, indictment reinstated, and matter remitted to Criminal Term for further proceedings.

We find the evidence before the Grand Jury to have been legally sufficient to support the indictment. Lazer, J. P., Brown, Weinstein and Niehoff, JJ., concur.